UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARLON M. WASHINGTON | CIVIL ACTION NO. 06-cv-2424 |
| VERSUS | JUDGE HICKS |
| WARDEN LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be and is hereby **DENIED**, and that Petitioner's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 15th day of December, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE